IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-02559-RBJ-BNB

LEONE S. CORYELL,

    Plaintiff,

v.

JOE I. LASLEY and
RAM TRUCKING, INC., a Wyoming Corporation,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation to Dismiss with Prejudice [Docket #25] signed by all parties, and hereby Orders that the within action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 23nd day of May, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge